UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action Number: 14-cv-62667

ALEXANDER JOHNSON

    Plaintiff,
vs

RJ AGENCY, LLC.,
a Florida limited liability company

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Alexander Johnson, by and through undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

Respectfully submitted on this 13th day of January, 2015.

*s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2015, the foregoing

**NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's

CM/ECF, which caused a copy of the same to be served electronically to:

Aaron Behar, Esq.
Aaron Behar, P.A.
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
ab@aaronbeharpa.com

Robert Stewart Fine, Esq.
Greenbert Traurig, P.A.
333 Avenue of the Americas
Suite 4400
Miami, Florida 33131
finer@gtlaw.com

*s/ Scott R. Dinin*