UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 14-cv-62667-DIMITROULEAS/SNOW**

ALEXANDER JOHNSON,

    Plaintiff,

v.

RJ AGENCY, LLC,
a Florida limited liability company

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [DE 14] (the "Stipulation"), filed herein on January 14, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 15th day of January 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

1

2

Copies provided to:

Counsel of Record